■ In the Matter of ROBERT ABRAMS, as Attorney-General of the State of New York, Petitioner, v GEORGE A. REED, as Judge of the County Court of Ontario County, et al., Respondents.—Application unanimously denied and petition dismissed, without costs *(see, La Rocca v Lane*, 37 NY2d 575, *cert denied* 424 US 968; *Rossettie v Finnerty*, 85 AD2d 928). (Article 78.) Present—Hancock, Jr., J. P., Callahan, Denman, Green and O'Donnell, JJ.